RECEIPT #_____
AMOUNT $_____
SUMMONS ISSUED_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____ MT
DATE_____ 7/13/05

**05 11479 JLT**

MAGISTRATE JUDGE _____JGD_____