UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RONALD P. MARTEL

V

C.A. NO. 05-11479-JLT

NEWBURYPORT DISTRICT COURT

MOTION FOR 42 day EXTENSION OF TIME TO FILE COMPLAINT AND FORMA PAUPERIS PAPERS

NOW COMES Ronald P. Martel, pro se,, asking this court to extend by 42 days the time allowed to file the complaint and Forma Pauperis forms in relation to the above docketed case.
I make this request request for the following reasons:

1. I have not yet received a copy of my canteen account spending asI requested through an inmate request form dated 8/2/05. (Please see enclosed request form signed by staff as being recieved on 8/2/05.)

As I have failed to receive this copy of my canteen account spending in a timely manner I am unable to comply with the court order to submit this in order to proceed.

Ronald P. Martel, pro se
240 C #714
Essex County House of COrrection
Middleton, MA 01949

# ESSEX COUNTY CORRECTIONAL FACILITY

## Inmate Request

To: _C in li_____

From: _A___ p_____ Booking #: _____
     Inmate Name

Date: _/ / _ Unit: _____ Cell #: _____

Request: _I n c_____
_In l_____ /_
_l i l_____ ___
_I c_____ m_____
_ / / m / l_____
_l / l_ / c_____ /_____

Inmate's Signature: _____

Received By: _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**STAFF RESPONSE:**

Approved ☐   Denied ☐   (State Reason)

_____
_____
_____
_____
_____
_____

Employee Name/
Title: _____  Date: _____

WHITE-Unit File    YELLOW-Inmate    PINK-Kept by Inmate

E-20