UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ronald P. Martel
    Plaintiff

V.

Newburyport District Court
    Defendant

CIVIL ACTION

NO.  05-cv-11479 JLT

## ORDER OF DISMISSAL

Tauro, D. J.

In accordance with the Court's order on November 8, 2005, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

November 17, 2005
    Date

/s/ Kimberly M. Abaid
Deputy Clerk

(Dismissal Endo.wpd - 12/98)